JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant JOHN ROGER LAGACE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID LOUIS BEHAR, LINDSAY )<br>ROBIN HOGUE, TARA )<br>BERGSTRAND, and JOHN ROGER )<br>LAGACE, )<br>)<br>Defendants. )<br>_____) | CASE NO. CR 07-70709 HRL<br><br>[PROPOSED] ORDER AUTHORIZING DEFENDANTS JOHN ROGER LAGACE AND TARA BERGSTRAND AND THEIR ATTORNEYS TO MEET FOR A JOINT DEFENSE CONFERENCE AT THE FEDERAL COURT HOUSE._____ |

     Pursuant to the joint requests of Defendants John Roger Lagace and Tara Bergstrand and their attorneys and good cause appearing herein, it is hereby ordered that Mr. Lagace, who is in pretrial custody, Ms. Bergstrand, who is on pretrial release, shall be permitted to meet together with their attorneys in a joint defense meeting, which shall take place on Wednesday, January 16, 2008 at 12:00 p.m. (noon) in the Court Room of Magistrate-Judge Patricia V. Trumbull. Furthermore, the United States Marshal shall provide and facilitate the transportation of Mr. Lagace for the meeting. It is so ordered.

DATED:                               _____
                                 MAGISTRATE-JUDGE OF THE UNITED
                                 STATES DISTRICT COURT